# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

**CHAMBERS OF**  
**YVETTE KANE**  
**JUDGE**

**FEDERAL BUILDING & COURTHOUSE**  
**228 WALNUT STREET**  
**P.O. BOX 11817**  
**HARRISBURG, PA 17108-1817**

August 25, 2016

Attention: Counsel for All Defendants

*RE*: Criminal Justice Act Budgets for United States v. Augusta, et al., 16-cr-0082

Dear Counsel:

    In order to facilitate the expedient disposition of anticipated funding requests in this action, the Court has enlisted the assistance of Renee Edelman. Ms. Edelman is the Case Budgeting Attorney for the Third Circuit, a position created to assist CJA attorneys and courts with case budgeting in large or complex cases such as this one.

    Ms. Edelman will be contacting counsel individually to create a budget for each defendant's case. This cooperative process will entail proposed budgets from counsel accompanied by expository memorandums. Ms. Edelman will make budgeting recommendations to the Court based on attorney submissions, and the Court will authorize funding in appropriate situations.

    You will be contacted directly via your docket e-mail addresses to commence the budgeting process. Ms. Edelman may be reached by telephone at (267) 232-0210, or by e-mail at Renee_Edelman@ca3.uscourts.gov. However, please direct questions to Courtroom Deputy Shawna Cihak at (717) 221-3922. Thank you for your cooperation.

Sincerely,

*s/ Yvette Kane*  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania