# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA,**  :CRIMINAL NO. 16-CR-082

  (JUDGE KANE)
**v.**
**WILLIAM CHANDLER AUGUSTA,**
**ET AL.**

  **Defendants**

## ORDER

AND NOW, this 13th day of September, 2016, it is hereby ORDERED that the Defendants' Joint Motion for a Continuance of Trial is granted. The Court finds that the Government and Defendants need additional time to prepare for trial and/or pursue plea negotiations. For these reasons the Court finds that under Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting this continuance outweigh the interests of the public and the defendants to a speedy trial. Accordingly, it is hereby Ordered that:

1. This case is stricken from the October 2016 trial term.

2. The trial is now scheduled to commence with the selection of a jury on December 5, 2016 at 9:30 a.m., in courtroom #4. Harrisburg, PA.

3. The period of time from the signing of this Order to the rescheduled date of trial shall be excluded under the Speedy Trial Act.

                        BY THE COURT:

                        __s/ Yvette Kane_____
                        YVETTE KANE
                        United States District Judge