# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 1:CR-16-082 |
| | : |
| | : |
| | : ( JUDGE KANE) |
| v. | : |
| | : |
| WILLIAM CHANDLER AUGUSTA ET AL | : |
| | : |
| Defendants | |

## ORDER

AND NOW, this 13th day of September, 2016, upon the request of the defendants to extend the time in which to file pre-trial motions, said Motion is GRANTED. All pre-trial motions shall be filed by November 15, 2016.

            ____s/ Yvette Kane____
             YVETTE KANE
            United States District Judge