IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 1:16-cr-82** |
| v. | : | |
| | : | (Judge Kane) |
| **O'DELL, LANE, SEWELL, FENSLER, EDGECOMB, STAPLES, STAMM, HEATHERLY, WESTBURY, WEHR, MOLINA and BOLDEN,** | : : : : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW,** this 18th day of November, 2016, **IT IS HEREBY ORDERED** that the court will hold a telephone conference on November 29, 2016 at 1:30 p.m. with the defendants who have not yet entered into a plea agreement. This conference will be to discuss a date certain for jury selection and trial. The Government shall initiate the call. The phone number of the Court for purposes of this call is 717-221-3990.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania