# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:16-CR-00082-3 |
| | : | |
| v. | : | |
| | : | (Judge Yvette Kane) |
| **SCOTT LANE** | : | |
| | : | Electronically Filed |

## ORDER

**AND NOW**, this <u>16th</u> day of <u>May,</u> 2017, upon reviewing the Motion (Doc. No 477) toWithdraw Motion for Release Pending Trial filed by the defendant, Scott Lane, the Motion to Withdraw is hereby **GRANTED.**

                                           By the Court,

Date: <u>May 16, 2017</u>                    _s/Yvette Kane_____
                                                      Judge, YVETTE KANE