# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:16-CR-00082 |
| | : | |
| v. | : | |
| | : | (Judge Yvette Kane) |
| **SCOTT LANE,** | : | |
| **BRUCE EDGECOMBE,** | : | |
| **WILLIAM STAPLES,** | : | |
| **DYLAN HEATHERLY** | : | Electronically Filed |

## ORDER

**AND NOW**, this <u>18th</u> day of <u>July</u>, 2017, upon reviewing he Defendant's t*Concurred-In Joint Motion to Extend Deadline to File Pretrial Motions and Supporting Briefs*, and taking into consideration the concurrence of the Government, the motion is hereby **GRANTED.**

Pursuant thereto, pretrial motions and supporting briefs will be filed by the defendants on/or before July 21, 2017.

By the Court,

s/Yvette Kane
YVETTE KANE
United States District Judge