**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:16-cr-082 |
| v. | : | |
| | : | |
| **SCOTT LANE,** | : | (Judge Kane) |
| **BRUCE EDGECOMBE,** | : | |
| **WILLIAM STAPLES, and** | : | |
| **DYLAN HEATHERLY** | : | |
| Defendants | : | |
| | : | |

# ORDER

**AND NOW**, this 25th day of July 2017, **IT IS ORDERED THAT** the Government shall file a response, on or before August 4, 2017, to Defendants Staples, Edgecombe, and Heatherly's motions for severance (Doc. Nos. 573, 578, 587), Defendants Staples, Edgecombe, and Heatherly's motions for bill of particulars (Doc. Nos. 574, 580, 589), Defendants Edgecombe and Heatherly's motions to suppress (Doc. Nos. 582, 591), and Defendants Heatherly and Staples' motions to dismiss indictment (Doc. Nos. 585, 594).

**IT IS FURTHER ORDERED THAT** the Government shall file a response, on or before August 4, 2017, to Defendants' Joined-In Pretrial Motions. (Doc. No. 576.) **IT IS FURTHER ORDERED THAT** a telephone conference is scheduled for July 27, 2017 at 3:30 p.m. Counsel for the Government shall initiate the call. The telephone number of the Court for purposes of this call is 717-221-3990.

> s/Yvette Kane
> Yvette Kane, District Judge
> United States District Court
> Middle District of Pennsylvania