# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:16-CR-00082** |
| | : | |
| **v.** | : | |
| | : | **(Judge Yvette Kane)** |
| **SCOTT LANE,** | : | |
| **BRUCE EDGECOMBE,** | : | |
| **WILLIAM STAPLES,** | : | **Electronically Filed** |

## ORDER

**AND NOW**, this _____ day of _____, 2017, upon reviewing

the Joined-In Pretrial Motions filed by the defendant, Scott Lane, and joined by

defendants Bruce Edgecombe and William Staples, the Court will reserve a ruling

until an evidentiary hearing is held on the _____ day of _____,

2017., at _____ a.m./p.m., in courtroom _____, at which time testimony and/or

argument will be heard.

By the Court,

Date: _____              _____
                                 J. YVETTE KANE