# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:16-cr-082 |
| v. | : | |
| | : | |
| **SCOTT LANE,** | : | (Judge Kane) |
| **BRUCE EDGECOMBE,** | : | |
| **WILLIAM STAPLES, and** | : | |
| **DYLAN HEATHERLY** | : | |
| Defendants | : | |
| | : | |

## ORDER

AND NOW, on this 4th day of August 2017, **IT IS ORDERED THAT** the Court's July 25, 2017 Order (Doc. No. 598), is **AMENDED**, and the first paragraph of the July 25, 2017 Order (Doc. No. 598), shall read as follows:

AND NOW, this 25th day of July 2017, **IT IS ORDERED THAT** the Government shall file a response, on or before August 4, 2017, to Defendants Staples, Edgecombe, and Heatherly's motions for severance (Doc. Nos. 573, 578, 587), Defendants Staples, Edgecombe, and Heatherly's motions for bill of particulars (Doc. Nos. 574, 580, 589), Defendants Edgecombe and Staples' motions to suppress (Doc. Nos. 582, 591), and Defendants Heatherly and Staples' motions to dismiss indictment (Doc. Nos. 585, 594).

s/Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania