# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:16-cr-082 |
| v. : | |
| : | (Judge Kane) |
| **SCOTT LANE, BRUCE EDGECOMBE,** : | |
| **WILLIAM STAPLES and** : | |
| **DYLAN HEATHERLY** : | |
| Defendant : | |

## ORDER

**AND NOW**, this 7th day of August 2017, upon consideration of Defendants Lane, Edgecombe, and Staples' motions to suppress[1] (Doc. Nos. 576, 582, 591), and having conducted a scheduling conference with the parties on July 31, 2017, **IT IS ORDERED THAT** a hearing on said motions to suppress is scheduled for **August 29, 2017** at **1:30 p.m**. in Courtroom No. 1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania.

**IT IS FURTHER ORDERED THAT**, upon consideration of Defendant Heatherly's request for oral argument on his pending motions (Doc. Nos. 585, 587, 589), oral argument on Defendant Heatherly's motions is also scheduled for **August 29, 2017** at **1:30 p.m.** in Courtroom No. 1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] On July 21, 2017, Defendant Lane, joined by Defendants Edgecombe and Staples, filed a "joined-in pretrial motions." (Doc. No. 576.) The "joined-in pretrial motions" include Defendant Lane's motion to suppress. (Id.)