# UNITED STATES' LIST OF EXHIBITS – SUPPRESSION HEARING

## UNITED STATES v. SCOTT LANE and WILLIAM STAPLES

JUDGE YVETTE KANE

NO. 1:16-CR-082

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: AUGUST 29, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Disc containing April 20, 2016 recorded interview of William Staples | Aug. 29, 2017 | | ADMITTED | Agent David Ramalho |
| 2 | | Transcript from April 20, 2016 recorded interview of William Staples | | | | |
| 3 | | Statement of Rights - Waiver William Staples | | | | |
| 4 | | Statement of Rights - Waiver Scott Lane | | | | James Krause |
| 5 | | | | | | |
| 6 | | | | | | |