UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JAN 1 1 2018

Per _____ KOV
Deputy Clerk

UNITED STATES OF AMERICA : Criminal No. 1:16-cr-0082-03
v. :
:
:
SCOTT LANE, : Judge Kane
        Defendant : Magistrate Judge Carlson

### ORDER

Consistent with the defendant's approval to institute a pre-sentence investigation before a conviction of guilty, **IT IS ORDERED** that the United States Probation Office shall conduct a pre-sentence investigation and shall prepare a pre-sentence report and shall disclose the report no later than March 8, 2018. Sentencing will be scheduled by a separate order at a later date.

Martin C. Carlson
U.S. Magistrate Judge

Dated: 1-11-18