# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-cr-082-03** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **SCOTT LANE,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER

**WHERE AS**, this 29th day of January 2018, there being no objections filed to the Magistrate Judge's Report and Recommendation issued January 11, 2018, **IT IS HEREBY ORDERED** that this Court accepts the Guilty Plea of the Defendant and sets **April 25, 2018,** at **10:00 a.m**. as the sentencing date in the above case. Said sentencing shall be held in front of Judge Kane in Courtroom No. 4, Federal Building, Harrisburg, Pennsylvania.

S/ Yvette Kane
Yvette Kane, Judge
United States District Court
Middle District of Pennsylvania