IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-082-03** |
| | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| **SCOTT LANE,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 7th day of February, 2018, **IT IS ORDERED** that Sentencing for Defendant, Scott Lane, is **RESCHEDULED** to June 12, 2018 at 10:00 a.m. The sentencing will be held in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court