IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-082-03** |
| | : | |
| | : | **(Judge Kane)** |
| | : | |
| v. | : | |
| | : | |
| **SCOTT LANE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 15th day of May 2018, upon approval of a Request for Extension of Presentence Disclosure Date, **IT IS ORDERED THAT** the sentencing scheduled for June 12, 2018 for the above defendant is **RESCHEDULED** to **September 6, 2018** at **10:00 a.m.** The sentencing will be held in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court