UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-1730

UNITED STATES OF AMERICA

v.

SCOTT LANE a/k/a NYC Perv,
a/k/a John Doe-2,

Appellant

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. No. 1-16-cr-00082-003)
District Judge: Honorable Yvette Kane

Submitted under Third Circuit L.A.R. 34.1(a)
on October 21, 2022

Before: GREENAWAY, JR., MATEY and ROTH, Circuit Judges

JUDGMENT

This case came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on October 21, 2022.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court, entered April 2, 2021, be and the same is hereby **AFFIRMED**.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 11, 2023